UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20256-CIV-ALTONAGA/Goodman

**CHRISTOPHER JAMISON**,

 Plaintiff,

v.

**AMERICAN SECURITY GROUP A-1, INC.**; *et al.*,

 Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the minute entry of the settlement conference in this matter before the Magistrate Judge Jonathan Goodman indicating the parties reached a settlement in this matter [ECF No. 35], filed on April 27, 2020. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of April, 2020.

                _____
                **CECILIA M. ALTONAGA**
                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record